IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| CARLOS OLIVER,<br><br>                Plaintiff,<br>vs.<br><br>CALVARY PORTFOLIO, LLC,<br><br>                Defendant. | ORDER ADOPTING REPORT AND RECOMMENDATION<br><br><br>Case No.  2:07CV834 DAK |

On March 6, 2008, the Magistrate Judge issued a Report and Recommendation in this matter, recommending that the case be dismissed for Plaintiff's failure to prosecute; failure to appear at the Initial Pretrial Scheduling Conference set Wednesday February 6, 2008, at 11:30 a.m.; failure to appear at the Initial Pretrial Scheduling Conference set Wednesday March 5, 2008, at 11:30 a.m.; and failure to appear and show cause why this case should not be dismissed on Wednesday March 5, 2008, at 11:30 a.m., as directed in an Order to Show Cause filed on February 6, 2008.

Plaintiff has not filed any objection to the Report and Recommendation, and the time for doing so has now passed.  The court has reviewed the file *de novo* and agrees with the recommendation made by the Magistrate Judge.  The court hereby APPROVES AND ADOPTS the Report and Recommendation in its entirety.  Accordingly, Plaintiff's Complaint is DISMISSED, and the Clerk of the Court is directed to close this case.

DATED this 26th day of March, 2008.

                BY THE COURT:

                _____
                DALE A. KIMBALL
                United States District Judge